UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

RALPH E. MASON, III,

    Plaintiff,

Case No. 1:25-cv-907

v.

Honorable Ray Kent

STATE OF MICHIGAN et al.,

    Defendants.
_____/

## JUDGMENT

In accordance with the order issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** for lack of prosecution and failure to comply with the Court's order.

Dated: September 23, 2025

/s/ Ray Kent
Ray Kent
United States Magistrate Judge